# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| SANDY RODRIGUES, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:23-CV-00755-SDJ-AGD |
| v. | § | |
| | § | |
| COMMISSIONER, SSA, | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 25, 2025, the Magistrate Judge entered a Report, (Dkt. #19), recommending that the Commissioner's decision be affirmed. On September 5, 2025, Plaintiff filed an objection to the Report (Dkt. #20).

Having received the Report of the Magistrate Judge, considered Plaintiff's objection, (Dkt. #20), and having conducted a de novo review, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that the decision of the Commissioner is **AFFIRMED**.

So ORDERED and SIGNED this 27th day of September, 2025.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE